UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

LOLA INGRAM,

                Plaintiff,

- against -

COMMISSIONER STEVEN BANKS, ET AL.,

                Defendants.
---

19-cv-10246 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, the Court sets the following schedule. The defendants shall file a motion for summary judgment by **September 24, 2021**. The plaintiff's response shall be filed by **November 5, 2021**. The defendants' reply shall be filed by **November 22, 2021**.

    SO ORDERED.

Dated:    New York, New York
            August 9, 2021

                                          _____
                                              John G. Koeltl
                                        United States District Judge