UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOLA INGRAM,

                Plaintiff,

    - against -

COMMISSIONER STEVEN BANKS AND FELICIA ELLIS,

                Defendants.

19-cv-10246 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should appear by telephone for a conference on July 19, 2022, at 1:30 p.m. Dial-in: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated: June 28, 2022
       New York, New York

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge