UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

LOLA INGRAM,

                Plaintiff,

    - against -

COMMISSIONER STEVEN BANKS AND FELICIA ELLIS,

                Defendants.
―――――――――――――――――――――――――――――――

19-cv-10246 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 19, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
            July 11, 2022

                                            John G. Koeltl
                                  United States District Judge

1