UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————————

LOLA INGRAM,

                Plaintiff,

      - against -

COMMISSIONER STEVEN BANKS AND FELICIA
ELLIS,

                Defendants.

—————————————————————————————————

19-cv-10246 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint by July 29, 2022. The defendants may answer the amended complaint, or move to dismiss, by August 19, 2022. However, the defendants would not be able to rely on the factual record that has been developed in any motion to dismiss.

    If the defendants answer, they may make another motion for summary judgment without a pre-motion conference. Any motion for summary judgment is due September 2, 2022. If a motion is made, the plaintiff should respond within three weeks. The defendants may reply ten days thereafter.

1

In any motion, the parties should address: (1) whether, in the event the plaintiff's federal claims are dismissed before trial, the Court should exercise supplemental jurisdiction over the plaintiff's nonfederal claims; and (2) whether the amended complaint "relates back" to the original complaint pursuant to Federal Rule of Civil Procedure 15(c).

**SO ORDERED.**

Dated:      **New York, New York**
            **July 14, 2022**

                                   John G. Koeltl
                          United States District Judge