```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------
LOLA INGRAM,

              Plaintiff,           19-cv-10246 (JGK)

      - against -               ORDER

COMMISSIONER STEVEN BANKS, ET AL.,

              Defendants.
---------------------------------

JOHN G. KOELTL, District Judge:

    The defendants filed a letter dated July 26, 2022 asking the Court to reconsider its decision dated July 12, 2022 which granted the defendants' motion for summary judgment on the plaintiff's Americans with Disabilities Act ("ADA") claims without prejudice to permit the plaintiff to amend her complaint to add the City of New York as a defendant. The defendants seek to have the Court dismiss the ADA claims with prejudice as to the individual defendants because there is no individual liability under the ADA. The defendants are correct and the dismissal of the ADA claims against the individual defendants is **with prejudice.**

    The plaintiff has now filed an Amended Complaint alleging three causes of action. The first claim is a claim against the City and the individual defendants under the New York City Human Rights Law. The second claim under the ADA is asserted only

1

against the City of New York. The final claim is a tort claim against the City and the individual defendants.

    The defendants may answer the Amended Complaint, or move to dismiss, by August 19, 2022. If the defendants answer, they may make another motion for summary judgment without a pre-motion conference. Any motion for summary judgment is due September 2, 2022. If a motion is made, the plaintiff should respond within three weeks. The defendants may reply ten days thereafter. As stated in the Court's July 14, 2022 Order, in any motion the parties should address the issues of supplemental jurisdiction and whether the Amended Complaint relates back to the original complaint pursuant to Federal Rule of Civil Procedure 15(c).

**SO ORDERED.**

**Dated:**    New York, New York
           July 28, 2022

                                          John G. Koeltl
                                    United States District Judge