

|  | THE CITY OF NEW YORK | |
| --- | --- | --- |
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | KAMI Z. BARKER<br>Mobile: (646) 960-1103<br>kbarker@law.nyc.gov |

September 8, 2022

**BY ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    Lola Ingram v. Commissioner Steven Banks, et al.
                  Civil Action No: 19-CV-10246 (JGK)

Dear Judge Koeltl:

       I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendants in the above-referenced matter. I write, on behalf of plaintiff and pursuant to the Court's Individual Rules, to respectfully request a two-week extension of time, from September 19, 2022 to October 3, 2022, for plaintiff to file the Rule 68 Offer of Judgment and formal acceptance thereof. Plaintiff makes this request because her counsel is on vacation. This is plaintiff's first request, and defendants consent. I thank the Court for its consideration to this matter.

                                            Respectfully submitted,

                           By:   **ECF**:          /s/
                                                Kami Z. Barker
                                                Senior Counsel

cc: **Lloyd Somer**
    *Attorney for Plaintiff*
    330 Seventh Avenue, 15th Floor
    New York, New York 10001
    Email: Lloyd@someresq.com
    (via ECF)

APPLICATION GRANTED
SO ORDERED

9/8/22

John G. Koeltl, U.S.D.J.