```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LOLA INGRAM,                                    19-cv-10246 (JGK)

          Plaintiff,                           ORDER

  - against -

COMMISSIONER STEVEN BANKS, ET AL.,

          Defendants.

JOHN G. KOELTL, District Judge:

The plaintiff is directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion for attorneys' fees (ECF No. 95).

SO ORDERED.

Dated:   New York, New York
       January 6, 2023

                                       John G. Koeltl
                                 United States District Judge